NUMBER
13-10-00058-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IN THE INTEREST OF
I.L.W., A CHILD

____________________________________________________________

 

                           On
appeal from the 329th District Court 

                                      of
Wharton County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                  Before Justices
Rodriguez, Benavides, and Vela

Memorandum Opinion
Per Curiam

 








This
Court received an “Amended Notice of Appeal of the Order Confirming Non-Agreed
Child Support Review Order” from the Wharton County District Clerk on February
5, 2010.  Upon receiving the notice of appeal, the Clerk of the Court assigned
an appellate cause number.  On March 3, 2010, the Clerk of this Court notified
appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that
we would dismiss this appeal unless the $175.00 filing fee was paid.  See
Tex. R. App. P. 42.3(c).  

The
Wharton County District Clerk notified the Court by letter dated June 21, 2010
that the notice of appeal had been mailed to the Court in error and should be
disregarded because the appeal was to the 329th District Court, not
the Thirteenth Court of Appeals.  On June 24, 2010, the Court directed
appellant to notify the Court whether appellant desires to appeal within ten
days from the date of the letter.  Appellant has not responded to the notices
from the Clerk or paid the $175.00 filing fee.  See Tex. R. App. P. 5, 12.1(b).

The
Court, having considered the documents on file and appellant=s failure to pay the filing fee, is of the opinion that
the appeal should be dismissed.  See id. 42.3(b),(c).  Accordingly, the
appeal is DISMISSED for want of prosecution.                                                                   

PER CURIAM

Delivered and filed the

31st day of August, 2010.